IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:23-CR-00165-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KOJO OWUSU DARTEY,<br><br>    Defendant. | ORDER |

This matter comes before the court on a motion to withdraw filed by (retained) counsel for Defendant, [William F. Finn, Jr.] [DE 40], as well as Defendant's two motions for court-appointment of counsel [DE 39; DE 41]. For good cause shown, the motions are GRANTED. Mr. Finn's representation of Defendant in this case is terminated.

Further, the Office of the Federal Public Defender is ordered to provisionally appoint replacement counsel to represent Defendant, pending his completion (and the court's review) of an amended CJA-23 financial affidavit demonstrating his entitlement to counsel at the public's expense.

SO ORDERED this 23d day of August, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE