IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00165-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| KOJO OWUSU DARTEY, | |
| Defendant. | |

This matter comes before the court on an amended CJA-23 financial affidavit filed by Defendant on September 6, 2023 [DE 46]. The court finds Defendant is entitled to the appointment of counsel and, thus, the Office of the Federal Public Defender is ordered to appoint counsel to represent Defendant in this action.

SO ORDERED this 7th day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE