IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00165-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| KOJO OWUSU DARTEY, | |
| Defendant. | |

This matter comes before the court sua sponte. On August 23, 2023, the court permitted Defendant's (now-former) counsel to withdraw from this action. DE 42. On September 7, 2023, the court ordered the Office of the Federal Public Defender to appoint counsel for Defendant. DE 47. On September 8, counsel for Defendant entered a notice of appearance. DE 48. Within this same period, Defendant filed three pro se motions, notwithstanding that he requested appointment of counsel and elected not to exercise his right of self-representation. *See* DE 43; DE 45; DE 49 (dated September 7, 2023). As a result, the United States filed a notice that it intends not to respond to the three pro se motions until either (1) the court orders it to, or (2) counsel for Defendant adopts the motions. DE 50.

Accordingly, counsel for Defendant is hereby ORDERED to provide notice, by September 22, 2023, as to whether he adopts Defendant's three pro se motions.

Substantive responses to any motions that Defendant's counsel adopts shall be due fourteen (14) days after any notice of adoption.

SO ORDERED this 13th day of September, 2023.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE