IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00165-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| KOJO OWUSU DARTEY, | |
| Defendant. | |

This matter comes before the court on counsel for Defendant's [W. James Payne's] notice of adoption of Defendant's pro se motions [DE 54]. The court hereby ACCEPTS the notice of adoption as to DEs. 43, 45, & 49. Per the court's prior Order, "[s]ubstantive responses [by the United States] to any motions that Defendant's counsel adopts shall be due fourteen (14) days after any notice of adoption," DE 51 at 2, here, September 21, 2022. Accordingly, responses shall be due October 5, 2023.

SO ORDERED this 22d day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE