IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:23-CR-00165-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KOJO OWUSU DARTEY,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's (pro se) motion for reconsideration of his detention order [DE 45], which his counsel adopted (DE 54) and thereafter supplemented with "[n]ewly discovered documents" (DE 63). The United States responded to the motion (DE 58) and the supplement to the motion (DE 67). The court will hear this motion on Monday, February 5, 2024, at 10:00 a.m., in Courtroom 1, Alton Lennon Federal Building, Wilmington.

At the hearing, counsel for Defendant shall be prepared to address the authenticity and veracity of Defendant's Absence Request Form, which was filed with the court at Docket Entry 63-1. *See also* DE 67 at 2; DE 67-1 at 3.

SO ORDERED this 23d day of January, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE