IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00165-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KOJO OWUSU DARTEY,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed motion to allow Andre Powell to testify telephonically at Defendant's hearing on March 11, 2024 [DE 89]. For good cause shown, the motion is GRANTED. Mr. Powell shall be permitted to testify telephonically at the March 11 hearing.

SO ORDERED this 8th day of March, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE