IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:23-CR-00165-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| KOJO OWUSU DARTEY, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se motion for reconsideration of his detention order [DE 45], which his counsel adopted (DE 54) and thereafter supplemented with "[n]ewly discovered documents" [DE 63]. The United States responded to the motion (DE 58) and the supplement to the motion (DE 67). The court held a hearing on the reconsideration motion on March 11, 2024.

For the reasons more fully stated from the bench at the conclusion of the hearing, the reconsideration motions are DENIED because the newly proffered evidence does not alter the court's prior detention determination. *See United States v. Mallory*, 337 F. Supp. 3d 621, 626 (E.D. Va. 2018) ("When a party in a criminal case moves for reconsideration, it is within the sole discretion of the district court to determine whether it is appropriate to grant the motion."). Because Defendant did not testify during the hearing, his motion to limit cross-examination [DE 87] is DENIED AS MOOT.

In addition, Defendant's motion to conduct inquiry [DE 90] is DENIED AS MOOT.

SO ORDERED this \_\_\_11th\_\_\_ day of March, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE