IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:23-CR-00165-M-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                                                    ORDER

KOJO OWUSU DARTEY,

     Defendant.

This matter comes before the court on Defendant's motion to seal Docket Entry 111 [DE 112]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 111 until further order of the court.

SO ORDERED this ____3ᵈ____ day of April, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE