IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:23-CR-00165-M-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

KOJO OWUSU DARTEY,

 Defendant.

ORDER

This matter comes before the court on Defendant's motion to seal Docket Entry 119 [DE 120]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 119 until further order of the court.

SO ORDERED this 4th day of April, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE