UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-165-1M

UNITED STATES OF AMERICA          )
                                  )
              VS.                 )          ORDER
                                  )
KOJO OWUSU DARTEY                 )


In order that trial activities may continue without interruption, the court has directed the

deputy clerk to provide lunch for the jurors. The cost of these meals totals $69.46 plus tip in the amount

of $10.42 for a total of $79.88. The clerk is DIRECTED to pay Domino's the sum of $79.88 using the

Court's purchase credit card.

SO ORDERED this the 18th day of April, 2024.


RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

CREDIT CARD
ORDER

Payment Status:  APPROVED

8983
Domino's Pizza
(910) 251-1111

4/17/2024                    11:54 AM
Order 34            Server 5991
Rewards Code: MK9WGGWJ
------------------------------------
Delivery
SUSAN EDWARDS
2 PRINCESS ST
Deliver to security at main door;United St
ates District Court  (Federal)
(910) 679-2022
------------------------------------
Visa
CREDIT CARD #    XXXXXXXXXXXX2366
REFERENCE             650955555254
APPROVAL CODE             073377
------------------------------------
Amount                      $69.46

Tip                         $10.42

Total                       $79.88


X_____
SIGNATURE

I AGREE TO PAY THE ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
AGREEMENT

------------------------------------

THIS ORDER CAN STILL EARN
POINTS TOWARD FREE PIZZA AND MORE!
VISIT DOMINOS.COM/CLAIMREWARDS
WITHIN 30 DAYS TO CLAIM
YOUR POINTS.


DEL EXPS ID_____