UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-165-1M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| KOJO OWUSU DARTEY | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors on April 19, 2024. The cost of these meals totals $163.35 plus tip in the amount of $15.00 for a total of $178.35. The clerk is DIRECTED to pay Jimmy John's the sum of $178.35 using the Court's purchase credit card.

SO ORDERED this the 19th day of April, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

## Receipt 1 (left)

Us Cou[rts]

-- REPRINT --
! DELAY !
! DO NOT MAKE !

Order Date: 04-19-2024 @ 12:15 PM
****************
** DELIVERY **
****************

```
         Jimmy Johns #1507
           120 Market St
           910-763-5788
```

04-18-2024 Open 2:38 PM
Tkr 577  Reg# 5 2:42 PM > TODAY <

! DELAY !
! DO NOT MAKE !

Order Date: 04-19-2024 @ 12:15 PM

| | | |
|---|---|---|
| 7 | #1 Pepe (Box) | 83.23 |
| | -> $16.00 OFF PROMO | -16.00 |
| 7 | Regular Chips | |
| 7 | Choc Chip Cookie | |
| 7 | #4 Turkey Tom (Box) | 83.23 |
| 7 | ADD cheese | 7.00 |
| | -> $9.80 OFF PROMO | -9.80 |
| 7 | BBQ Chips | |
| 7 | Variety Cookie | |
| 7 | Variety Chips | |
| 7 | Variety Cookie | |

```
              Subtotal    147.66
              Del Fee       5.00
              Sales Tax (7.%)  10.69
                         ==========
                   Total $ 163.35
```

## Receipt 2 (right)

*** PAID ***

Visa XX.2366  Amt: 178.35  Tip: 15.00

Us Courts
2 Princess St
Wilmington  910-815-4663

****************
** DELIVERY **
****************

Order Taker: James
! DELAY !
! DO NOT MAKE !

Order Date: 04-19-2024 @ 12:15 PM

To let us know how we did, visit
telljj.com.

Now Hiring! Apply In Shop or Indeed!
You are seeking employment with an
independently owned & operated franchise
of the Jimmy John's franchise system.

Look up your Freaky Fast Rewards at
jimmyjohns.com.

Reg# 5 Delivery
Trans Time: 4/18/2024 2:38 P
Trans Type: Sale
Acct No: Visa  X.2366
Auth Code: 045097

Pre Auth: $ 163.35

Tip: $15.00

Signature: _____

I agree to pay the above total
according to card issuer agreement

** Merchant Copy **