UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-165-1M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | ORDER |
| ) | |
| KOJO OWUSU DARTEY ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors on April 22, 2024. The cost of these meals totals $169.55 plus tip in the amount of $15.00 for a total of $184.55. The clerk is DIRECTED to pay Jimmy John's the sum of $184.55 using the Court's purchase credit card.

SO ORDERED this the 22d day of April, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

-- REPRINT --
! DELAY !
-- Ready At 12:00 PM --
*****************
** DELIVERY **
*****************

Jimmy Johns #1507
120 Market St
910-763-5788

04-22-2024 Chk# 1 Open 8:48 AM
Tkr 605  Reg# 5 9:31 AM > D3 <

! DELAY !
-- Ready At 12:00 PM --

| 7 | #2 Big John (Box) | 83.23 |
| 7 | ADD cheese | 7.00 |
| 7 | Variety Chips | |
| 7 | Variety Cookie | |
| 7 | #4 Turkey Tom (Box) | 83.23 |
| 7 | Variety Chips | |
| 7 | Variety Cookie | |

Promo $   -20.00
Subtotal  153.46
Del Fee     5.00
Sales Tax (7.%)  11.09
Total $ 169.55

*** PAID ***

Visa XX.2366 Amt: 169.55 Tip: 0.00

US District Court
2 Princess Street
Room 239
Wilmington  910-670-2022

---

*****************
** DELIVERY **
*****************

Order Taker: Jerel
! DELAY !
-- Ready At 12:00 PM --

Chk# 1

To let us know how we did, visit
telljj.com.

Now Hiring! Apply In-Shop or Indeed!
You are seeking employment with an
independently owned & operated franchise
of the Jimmy John's franchise system.

Look up your Freaky Fast Rewards at
jimmyjohns.com.

Check No: 1 Reg# 5 Delivery
Trans Time: 4/22/2024 8:48 AM
Trans Type: Sale
Acct No: Visa XX.2366
Auth Code: 064434

Pre Auth: $ 169.55

Tip: _____

Total Charge: _____

Signature: _____

I agree to pay the above total
according to card issuer agreement

** Merchant Copy **