UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-165-1M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| KOJO OWUSU DARTEY | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $115.38 plus tip in the amount of $17.31 for a total of $132.69. The clerk is DIRECTED to pay Domino's the sum of $132.69 using the Court's purchase credit card.

SO ORDERED this the 23d day of April, 2024.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

```
Rewards Code: KrVMGGWM
     #8983 Domino's Pizza
        (910) 251-1111
      4/23/2024 10:58 AM

              D

TIMED ORDER         SUSAN EDWARDS
4/23/2024 12:00 PM
     #22            (E11) 2 PRINCESS
                              ST
     PAID           WILMINGTON, NC
                         28401
                    (910) 679-2022

Est Order Ready: 11:41 AM

DELIVERY INSTRUCTIONS: Deliver to
  security at main door;United States
  District Court (Federal)

--------------- SUMMARY ----------------

              #22

1-2-Liter Coke
1-2-Liter Diet Coke

6-Sandwich Bread Italian Sandwich
2-Sandwich Bread Mediterranean Veggie
6-Sandwich Bread Philly Sandwich
TOTAL ITEMS: 16

-------------- ORDER: Oven --------------

6 Sandwich Bread Italian Sandw  $41.94
  (Italian Sandwich)
6 Sandwich Bread Philly Sandwi  $41.94
  (Philly Sandwich)
2 Sandwich Bread Mediterranean  $13.98
  (Mediterranean Veggie)
TOTAL BOXES: 14
```

```
-------------- ORDER: Non-Oven ---------

1 2-Liter Coke                   $2.99
1 2-Liter Diet Coke              $2.99

------------ COUPONS/ADJUSTMENTS -------

Any 2 Ltr $2.99
(_8210)
1 Delivery Charge                $3.99

Sub Total                      $107.83
Tax 1                            $7.55

Total                          $115.38

-------------- PAYMENTS ----------------


Amount Tendered                $115.38
Balance Due                      $0.00


                        Tip    17.31
                              132.69

     THIS ORDER CAN STILL EARN
  POINTS TOWARD FREE PIZZA AND MORE!
    VISIT DOMINOS.COM/CLAIMREWARDS
       WITHIN 30 DAYS TO CLAIM
            YOUR POINTS.


            Now Hiring
         Please call again
```