IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:23-CR-00165-M-1

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| KOJO OWUSU DARTEY, | |
| Defendant. | |

This matter comes before the court on Defendant's "Motion to Replevy," [DE 238], which the court treats as a motion for return of seized property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. "The Fourth Circuit has ruled that" a Rule 41(g) motion functions as "a separate 'civil action,'" in that it is "subject to applicable filing fees" of the Prisoner Litigation Reform Act. *United States v. McRee*, No. 5:20-CR-00142, 2023 WL 7132946, at *1 (E.D.N.C. Oct. 30, 2023) (quoting *United States v. Jones*, 215 F.3d 467, 469 (4th Cir. 2000)). Accordingly, the court denies Defendant's motion without prejudice to Defendant refiling the motion as "a civil action," *United States v. Garcia*, 65 F.3d 17, 20 (4th Cir. 1995), and complying with the fee provisions of 28 U.S.C. § 1915.

SO ORDERED this ___19th___ day of March, 2025.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1