IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00165-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KOJO OWUSU DARTEY,

    Defendant.

ORDER

This matter comes before the court on several Motions to Secure Documents filed by Charles Brewer, Defendant's appellate counsel. DE 271, 272, 273, 274, 275. Those motions are DENIED. As the Fourth Circuit explained in its appointment order:

> In light of this appointment, appellate counsel is granted access to sealed district court material, with the exception of ex parte or in camera material. Any transcripts or record material sent to prior counsel shall be provided by prior counsel to newly appointed counsel. *If record items are not available from former counsel, new counsel should contact the Fourth Circuit Appointments Deputy for assistance in obtaining these items.*

Order, *United States v. Dartey*, DE 3-1 at 2, no. 25-4088 (4th Cir. 2025) (emphasis added).

SO ORDERED this 20th day of January, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE